# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128899
& (53)

MEIJER, INC.,
        Petitioner-Appellant,
        Cross-Appellee,

v

        SC: 128899
        COA: 252660
        Tax Tribunal: 00-190704

CITY OF MIDLAND,
        Respondent-Appellee,
        Cross-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 24, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
Clerk

l0120